758

United States.

No. 110.   POPE v. UNITED STATES.
Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General Ford* and *Samuel D. Slade* for the United States.

No. 112.   WEBER ET AL. v. NATIONAL LABOR RELATIONS BOARD; and
No. 120.   SEMI-STEEL CASTING CO. v. NATIONAL LABOR RELATIONS BOARD.   Certiorari denied. *John W. Giesecke* for petitioners in No. 112.   *Joseph T. Davis* for petitioner in No. 120.   *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien, Ruth Weyand* and *Robert E. Mullin* for respondent.

No. 113.   SLIFKA ET AL., EXECUTORS, v. JOHNSON, COLLECTOR OF INTERNAL REVENUE.   Certiorari denied.   *Alexander Pfeiffer* for petitioners.   *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Louise Foster* for respondent.

No. 114.   CIOCARLAN v. MICHIGAN;
No. 115.   FOX v. MICHIGAN; and
No. 116.   PEEL   v. MICHIGAN.   Certiorari   denied.   *Hayden C. Covington* for petitioners.

